772

Commonwealth *v.* Jefferson, Appellant.

Argued June 12, 1969. *Brian Eric Appel,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Johnson, Appellant.

Argued April 14, 1969. *John M. Tighe,* for appellant; *Charles B. Watkins,* Assistant District Attorney, with him *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Reed, Appellant.

Submitted June 9, 1969. *Frederick S. Wolf,* and *Beaver, Wolf and Brandt,* for appellant; *Joseph C. Mesics,* Assistant District Attorney, and *Alvin B. Lewis, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.